**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0942

Dionne Christy and Demond Chatman

- - Versus - -

Atlantic Specialty Insurance Company, Lionel Franklin, Jr.,
and State Farm Mutual Automobile Insurance Company

23rd Judicial District Court
Case #: 124956
Ascension Parish

On Application for Rehearing filed on 03/16/2022 by Dionne Christy and Demond Chatman
Rehearing _____*Denied*_____

John Michael Guidry

_____
Guy Holdridge

Wayne Ray Chutz

Holdridge, dissent
I would grant the rehearing

Date ___**APR 1 9 2022**___

Rodd Naquin, Clerk